ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 2 8 2006

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

AO 83 (Rev. 12/85) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
## District of Hawaii

| | |
|---|---|
| UNITED STATES OF AMERICA | SUMMONS IN A CRIMINAL CASE |
| V. | Case Number: CR 04-00243 DAE 03 |
| (03) DENNIS HIROKAWA | |

(Name and Address of Defendant)

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| United States District Court<br>300 Ala Moana Blvd<br>Honolulu, HI 96850<br>Ph. (808) 541-1300 (Honolulu Number) | COURTROOM 6 |
| | Date and Time |
| Before: Barry M. Kurren, United States Magistrate Judge | 03/29/2006 @ 10:00 a.m. |

To Answer a(n) **SECOND** Superseding Indictment

1.

[Return receipt card image with:]

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Dennis Hirokawa
98-1393 Hoohiki Street
Pearl City, HI 96782

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X [signature] ☐ Agent ☐ Addressee

B. Received by (Printed Name): Dennis Hirokawa
C. Date of Delivery: 3/24

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail  ☐ Express Mail
   ☐ Registered     ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7005 1820 0002 1810 5327

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

Count 1.

6, 26, and 29 thru 33.

RECEIVED 2006 MAR 17 PM 12:06 U.S. MARSHALS SERVICE HONOLULU, HI.

(Endorsement Required)
Total Postage & Fees $

3/23/06

Sent To: Dennis Hirokawa
Street, Apt. No.; or PO Box No.
City, State, ZIP+4

March 17, 2006
Date

AO 83 (Rev. 12/85) Summons in a Criminal Case

**CR 04-00243 DAE 03**
(03) DENNIS HIROKAWA

## RETURN OF SERVICE

Service as made by me on:[1]          Date

Check one box below to indicate appropriate method of service

☐  Served personally upon the defendant at: _____

☐  Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address
Name of person with whom the summons was left: _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of Service is true and correct.

Returned on _____          _____Mark M. Hanohano_____
              Date                   Name of United States Marshal

                                     _____
                                     (by) Deputy United States Marshal

Remarks:

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Criminal Procedure