# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

3/29/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR NO. 04-00243DAE |
| CASE NAME: | U.S.A. Vs. (02) Wesley Uemura, (03) Dennis Hirokawa and (04) Richard Okada |
| ATTYS FOR PLA: | Lawrence Tong and Lawrence Goya |
| ATTYS FOR DEFT: | (02) Clifford Hunt-Non Appearance<br>(03) Dana Ishibashi Special Appearance for Keith Shigetomi<br>(04) Dana Ishibashi |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | C6-FTR 10:08:04 |
| DATE: | 3/29/2006 | TIME: | l0:08am-l0:10am |

COURT ACTION:  EP: A & P to Second Superseding Indictment as to Defendants- (02) Wesley Uemura, (03) Dennis Hirokawa and (04) Richard Okada-Defendant (02) Wesley Uemura-not present, Defendants' (03) Dennis Hirokawa and (04) Richard Okada are present not in Custody.

Arrn. Waived as to these Two Defendants'.

Plea of Not Guilty entered as to both Defendants as to the Second Superseding Indictment.

Jury Selection/Jury Trial-9/19/2006 @9:00 a.m. before Judge Ezra

Final PreTrial Conference-8/21/2006 @l0:00 a.m. before JudgeChang.

Both Defendants to continue on present Bail.

(Please Note-The Trial and Final PreTrial Conference Dates were previously set in this case.)

Submitted by Leslie L. Sai, Courtroom Manager