EDWARD H. KUBO, JR.  2499
United States Attorney
District of Hawaii

LAWRENCE L. TONG  3040
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Email: Larry.Tong@usdoj.gov

LAWRENCE A. GOYA  2476
Special Assistant U.S. Attorney
425 Queen Street, Third Floor
Honolulu, Hawaii 96813
Telephone: (808) 586-1160
Facsimile: (808) 586-1375
E-Mail: Lawrence.A.Goya@hawaii.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 04-00243 DAE |
| | ) | |
| Plaintiff, | ) | |
| | ) | UNITED STATES' EXHIBIT LIST; |
| vs. | ) | CERTIFICATE OF SERVICE |
| | ) | |
| MICHAEL FURUKAWA, (01) | ) | |
| WESLEY UEMURA, (02) | ) | Trial: September 20, 2006 |
| DENNIS HIROKAWA, (03) | ) | |
| RICHARD OKADA, (04) | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

<u>UNITED STATES' EXHIBIT LIST</u>

The United States submits its Exhibit List attached hereto.

Dated: Honolulu, Hawaii, September 13, 2006.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii


<u>/s/ Lawrence L. Tong</u>
LAWRENCE L. TONG
Assistant U.S. Attorney
LAWRENCE A. GOYA
Special Assistant U.S. Attorney

# UNITED STATES DISTRICT COURT
## District of Hawaii

| | | | |
|---|---|---|---|
| **United States of America** | vs. | **Michael Furukawa (01)** | **Cr. No. 04-00243 DAE** |
| | | **Wesley Uemura (02)** | |
| | | **Dennis Hirokawa (03)** | |
| | | **Richard Okada (04)** | |

## <u>GOVERNMENT'S EXHIBIT LIST</u>

| Exhibit | Description | Date Offered | Marked | Admitted |
|---|---|---|---|---|
| 1 | Expenditure Summary of Small Purchase Orders to Selected Vendors, Fiscal Years 1998-2001 | | | |
| 1A | Airport Maintenance Section Organizational Chart | | | |
| 1B | M.F. Masonry, Inc. business registration records | | | |
| 1C | The KenLee LLC business registration records | | | |
| 1D | Argent Construction, Inc. business registration records | | | |
| 1E | Gothic Builders, Inc. business registration records | | | |
| 1F | Wes' Contracting business registration records | | | |
| 1G | Hammer Jammers, Inc. business registration records | | | |
| 1H | Airport Oahu District Organizational Chart | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

1

| Exhibit | Description | Date Offered | Marked | Admitted |
|---------|-------------|--------------|--------|----------|
| 2 | 4/28/99 Trouble Call # 49880 | | | |
| 2A | Trouble Call photos | | | |
| 2B | Post-It | | | |
| 2C | Argent Construction 5/18/99 proposal | | | |
| 2D | B & U  5/18/99 proposal | | | |
| 2E | Site Engineering 5/18/99 proposal | | | |
| 2F | 6/9/99 Purchase Requisition | | | |
| 2G | 6/9/99 Record of Small Purchase | | | |
| 2H | 6/8/99 Requisition and Purchase Order | | | |
| 2I | Argent Construction 6/16/99 invoice | | | |
| 2J | Summary Warrant Voucher | | | |
| 2K | Warrant Number Listing | | | |
| 2L | State of Hawaii 7/16/99 check to Argent Construction for $7,679 | | | |
| 2M | Kenneth Goldblatt Trouble Call and Inspection photos | | | |
| 2N | Goldblatt cost estimate | | | |
| | | | | |
| 3 | 4/28/99 Trouble Call # 49879 | | | |
| 3A | Trouble Call photo | | | |
| 3B | Post-It | | | |

| Exhibit | Description | Date Offered | Marked | Admitted |
|---------|-------------|--------------|--------|----------|
| 3C | Gothic Builders 5/24/99 proposal | | | |
| 3D | B & U 5/24/99 proposal | | | |
| 3E | Home Contractors 5/24/99 proposal | | | |
| 3F | 6/1/99 Purchase Requisition | | | |
| 3G | 6/22/99 Record of Small Purchase | | | |
| 3H | 6/2/99 Requisition and Purchase Order | | | |
| 3I | Gothic Builders 6/16/99 invoice | | | |
| 3J | Summary Warrant Voucher | | | |
| 3K | Warrant Number Listing | | | |
| 3L | State of Hawaii 7/16/99 check to Gothic Builders for $9,480 | | | |
| 3M | Goldblatt inspection photo | | | |
| 3N | Goldblatt  cost estimate | | | |
| | | | | |
| 4 | 4/19/99 Trouble Call #49852 | | | |
| 4A | Trouble Call photo | | | |
| 4B | Post-It | | | |
| 4C | Argent Construction 5/25/99 proposal | | | |
| 4D | Blueprint Builders 5/25/99 proposal | | | |
| 4E | Thomas Takeshita and Sons 5/25/99 proposal | | | |
| 4F | 5/28/99 Purchase Requisition | | | |

| Exhibit | Description | Date Offered | Marked | Admitted |
|---------|-------------|--------------|--------|----------|
| 4G | 6/22/99 Record of Small Purchase | | | |
| 4H | 6/2/99 Requisition and Purchase Order | | | |
| 4I | Argent Construction 6/23/99 invoice | | | |
| 4J | Summary Warrant Voucher | | | |
| 4K | Warrant Number Listing | | | |
| 4L | State of Hawaii 7/30/99 check to Argent Construction for $8,859 | | | |
| 4M | Goldblatt inspection photo | | | |
| 4N | Goldblatt cost estimate | | | |
| | | | | |
| 5 | 4/19/99 Trouble Call # 49854 | | | |
| 5A | Trouble Call photos | | | |
| 5B | Post-It | | | |
| 5C | Gothic Builders 5/17/99 proposal | | | |
| 5D | Blueprint Builders 5/17/99 proposal | | | |
| 5E | Site Engineering 5/17/99 proposal | | | |
| 5F | 5/27/99 Purchase Requisition | | | |
| 5G | 6/22/99 Record of Small Purchase | | | |
| 5H | 6/1/99 Requisition and Purchase Order | | | |
| 5I | Gothic Builders 6/21/99 invoice | | | |
| 5J | Summary Warrant Voucher | | | |
| 5K | Warrant Number Listing | | | |

| Exhibit | Description | Date Offered | Marked | Admitted |
|---------|-------------|--------------|--------|----------|
| 5L | State of Hawaii 8/2/99 check to Gothic Builders for $9,670 | | | |
| 5M | Goldblatt inspection photos | | | |
| 5N | Goldblatt cost estimate | | | |
| | | | | |
| 6 | 4/20/99 Trouble Call # 49857 | | | |
| 6A | Trouble Call photos | | | |
| 6B | Post-It | | | |
| 6C | Argent Construction 6/1/99 proposal | | | |
| 6D | Wes' Contracting 6/1/99 proposal | | | |
| 6E | B & U 6/1/99 proposal | | | |
| 6F | 6/7/99 Purchase Requisition | | | |
| 6G | 6/9/99 Record of Small Purchase | | | |
| 6H | 6/8/99 Requisition and Purchase Order | | | |
| 6I | Argent Construction 6/23/99 invoice | | | |
| 6J | Summary Warrant Voucher | | | |
| 6K | Warrant Number Listing | | | |
| 6L | State of Hawaii 8/2/99 check to Argent Construction for $9,679 | | | |
| 6M | Goldblatt inspection photos | | | |
| 6N | Goldblatt cost estimate | | | |
| | | | | |
| 7 | 5/11/99 Trouble Call # 101110 | | | |

| Exhibit | Description | Date Offered | Marked | Admitted |
|---------|-------------|--------------|--------|----------|
| 7A | Trouble Call photo | | | |
| 7B | Post-It | | | |
| 7C | KenLee LLC 6/8/99 proposal | | | |
| 7D | B & U 6/8/99 proposal | | | |
| 7E | Home Contractors 6/8/99 proposal | | | |
| 7F | 6/14/99 Purchase Requisition | | | |
| 7G | 6/22/99 Record of Small Purchase | | | |
| 7H | 6/15/99 Requisition and Purchase Order | | | |
| 7I | KenLee 7/6/99 invoice | | | |
| 7J | Summary Warrant Voucher | | | |
| 7K | Warrant Number Listing | | | |
| 7L | State of Hawaii 8/4/99 check to The KenLee LLC for $9,400 | | | |
| 7M | Goldblatt inspection photos | | | |
| 7N | Goldblatt cost estimate | | | |
| | | | | |
| 8 | 4/7/99 Trouble Call # 49779 | | | |
| 8A | Trouble Call photo | | | |
| 8B | Post-It | | | |
| 8C | Argent Construction 5/17/99 proposal | | | |
| 8D | Wes' Contracting 5/17/99 proposal | | | |
| 8E | Thomas Takeshita and Sons 5/17/99 proposal | | | |

| Exhibit | Description | Date Offered | Marked | Admitted |
|---------|-------------|--------------|--------|----------|
| 8F | 6/8/99 Purchase Requisition | | | |
| 8G | 6/9/99 Record of Small Purchase | | | |
| 8H | 6/8/99 Requisition and Purchase Order | | | |
| 8I | Argent Construction 7/5/99 invoice | | | |
| 8J | Summary Warrant Voucher | | | |
| 8K | Warrant Number Listing | | | |
| 8L | State of Hawaii 8/4/99 check to Argent Construction for $9,469 | | | |
| 8M | Goldblatt inspection photo | | | |
| 8N | Goldblatt cost estimate | | | |
| | | | | |
| 9 | 2/26/99 Trouble Call # 49597 | | | |
| 9A | Trouble Call photos | | | |
| 9B | Post-It | | | |
| 9C | MF Masonry 3/15/99 proposal | | | |
| 9D | Hammer Jammers 3/15/99 proposal | | | |
| 9E | B & U 3/15/99 proposal | | | |
| 9F | 3/19/99 Purchase Requisition | | | |
| 9G | 4/1/99 Requisition and Purchase Order | | | |
| 9H | MF Masonry 7/14/99 invoice | | | |
| 9I | Summary Warrant Voucher | | | |
| 9J | Warrant Number Listing | | | |

7

| Exhibit | Description | Date Offered | Marked | Admitted |
|---------|-------------|--------------|--------|----------|
| 9K | State of Hawaii August 5, 1999 check to MF Masonry for $14,475 | | | |
| 9L | Goldblatt inspection photos | | | |
| 9M | Goldblatt cost estimate | | | |
| | | | | |
| 10 | 4/19/99 Trouble Call #49850 | | | |
| 10A | Trouble Call photos | | | |
| 10B | Post-It | | | |
| 10C | Gothic Builders 5/17/99 proposal | | | |
| 10D | B & U 5/17/99 proposal | | | |
| 10E | Home Contractors 5/17/99 proposal | | | |
| 10F | 6/7/99 Purchase Requisition | | | |
| 10G | 6/22/99 Record of Small Purchase | | | |
| 10H | 6/8/99 Requisition and Purchase Order | | | |
| 10I | Gothic Builders 6/29/99 invoice | | | |
| 10J | Summary Warrant Voucher | | | |
| 10K | Warrant Number Listing | | | |
| 10L | State of Hawaii 8/5/99 check to Gothic Builders for $7,950 | | | |
| 10M | Goldblatt inspection photos | | | |
| 10N | Goldblatt cost estimate | | | |
| | | | | |
| 11 | 4/13/99 Trouble Call # 49843 | | | |

| Exhibit | Description | Date Offered | Marked | Admitted |
|---------|-------------|--------------|--------|----------|
| 11A | Trouble Call photo | | | |
| 11B | Post-It | | | |
| 11C | MF Masonry 6/15/99 proposal | | | |
| 11D | Thomas Takeshita and Sons 6/15/99 proposal | | | |
| 11E | Site Engineering 6/15/99 proposal | | | |
| 11F | 6/15/99 Purchase Requisition | | | |
| 11G | 6/17/99 Record of Small Purchase | | | |
| 11H | 6/16/99 Requisition and Purchase Order | | | |
| 11-I | MF Masonry 7/8/99 invoice | | | |
| 11J | Summary Warrant Voucher | | | |
| 11K | Warrant Number Listing | | | |
| 11L | State of Hawaii 8/6/99 check to MF Masonry for $8,745 | | | |
| 11M | Goldblatt inspection photo | | | |
| 11N | Goldblatt cost estimate | | | |
| | | | | |
| 12 | 5/11/99 Trouble Call # 101111 | | | |
| 12A | KenLee LLC 6/14/99 proposal | | | |
| 12B | Hammer Jammers 6/14/99 proposal | | | |
| 12C | Site Engineering 6/14/99 proposal | | | |
| 12D | 7/1/99 Purchase Requisition | | | |
| 12E | Record of Small Purchase | | | |

| Exhibit | Description | Date Offered | Marked | Admitted |
|---------|-------------|--------------|--------|----------|
| 12F | 7/1/99 Requisition and Purchase Order | | | |
| 12G | KenLee LLC 7/14/99 invoice | | | |
| 12H | Summary Warrant Voucher | | | |
| 12I | Warrant Number Listing | | | |
| 12J | State of Hawaii 8/6/1999 check to The KenLee LLC for $5,500 | | | |
| 12K | Goldblatt inspection photos | | | |
| 12L | Goldblatt cost estimate | | | |
| | | | | |
| 13 | 5/21/99 Trouble Call # 101120 | | | |
| 13A | KenLee LLC 6/14/99 proposal | | | |
| 13B | Blueprint Builders 6/14/99 proposal | | | |
| 13C | Thomas Takeshita and Sons 6/14/99 proposal | | | |
| 13D | 7/6/99 Purchase Requisition | | | |
| 13E | 6/14/99 Record of Small Purchase | | | |
| 13F | 7/6/99 Requisition and Purchase Order | | | |
| 13G | KenLee LLC 7/15/99 invoice | | | |
| 13H | Summary Warrant Voucher | | | |
| 13I | Warrant Number Listing | | | |
| 13J | State of Hawaii 8/6/99 check to KenLee LLC for $7,900 | | | |
| 13K | Goldblatt inspection photo | | | |

| Exhibit | Description | Date Offered | Marked | Admitted |
|---|---|---|---|---|
| 13L | Goldblatt cost estimate | | | |
| | | | | |
| 14 | 5/19/99 Trouble Call # 101141 | | | |
| 14A | Trouble Call photos | | | |
| 14B | Post-It | | | |
| 14C | Argent Construction 6/21/99 proposal | | | |
| 14D | Blueprint Builders 6/21/99 proposal | | | |
| 14E | Thomas Takeshita and Sons 6/21/99 proposal | | | |
| 14F | 7/1/99 Purchase Requisition | | | |
| 14G | 7/2/99 Record of Small Purchase | | | |
| 14H | 7/1/99 Requisition and Purchase Order | | | |
| 14-I | Argent Construction 7/15/99 invoice | | | |
| 14J | Summary Warrant Voucher | | | |
| 14K | Warrant Number Listing | | | |
| 14L | State of Hawaii 8/6/99 check to Argent Construction for $8,849 | | | |
| 14M | Goldblatt inspection photo | | | |
| 14N | Goldblatt cost estimate | | | |
| | | | | |
| 15 | 5/4/99 Trouble Call # 49897 | | | |
| 15A | Trouble Call photo | | | |

11

| Exhibit | Description | Date Offered | Marked | Admitted |
|---------|-------------|--------------|--------|----------|
| 15B | Post-It | | | |
| 15C | Argent Construction 6/8/99 proposal | | | |
| 15D | Blueprint Builders 6/8/99 proposal | | | |
| 15E | Thomas Takeshita and Sons 6/8/99 proposal | | | |
| 15F | 6/9/99 Purchase Requisition | | | |
| 15G | 6/22/99 Record of Small Purchase | | | |
| 15H | 6/15/99 Requisition and Purchase Order | | | |
| 15-I | Argent Construction 7/13/99 invoice | | | |
| 15J | Summary Warrant Voucher | | | |
| 15K | Warrant Number Listing | | | |
| 15L | State of Hawaii 8/9/99 check to Argent Construction for $9,289 | | | |
| 15M | Goldblatt inspection photo | | | |
| 15N | Goldblatt cost estimate | | | |
| | | | | |
| 16 | 4/6/99 Trouble Call # 49762 | | | |
| 16A | Trouble Call photo | | | |
| 16B | Post-It | | | |
| 16C | MF Masonry 5/25/99 proposal | | | |
| 16D | Blueprint Builders 5/25/99 proposal | | | |

| Exhibit | Description | Date Offered | Marked | Admitted |
|---------|-------------|--------------|--------|----------|
| 16E | Thomas Takeshita and Sons 5/25/99 proposal | | | |
| 16F | 5/28/99 Purchase Requisition | | | |
| 16G | 6/22/99 Record of Small Purchase | | | |
| 16H | 6/2/99 Requisition and Purchase Order | | | |
| 16-I | MF Masonry 7/20/99 invoice | | | |
| 16J | Summary Warrant Voucher | | | |
| 16K | Warrant Number Listing | | | |
| 16L | State of Hawaii 8/10/99 check to MF Masonry for $9,395 | | | |
| 16M | Goldblatt inspection photos | | | |
| 16N | Goldblatt cost estimate | | | |
| | | | | |
| 17 | 4/5/99 Trouble Call # 49774 | | | |
| 17A | Trouble Call photo | | | |
| 17B | Post-It | | | |
| 17C | MF Masonry 5/24/99 proposal | | | |
| 17D | Wes' Contracting 5/24/99 proposal | | | |
| 17E | Site Engineering 5/24/99 proposal | | | |
| 17F | 5/27/99 Purchase Requisition | | | |
| 17G | 6/22/99 Record of Small Purchase | | | |

13

| Exhibit | Description | Date Offered | Marked | Admitted |
|---------|-------------|--------------|--------|----------|
| 17H | 6/2/99 Requisition and Purchase Order | | | |
| 17-I | MF Masonry 6/17/99 invoice | | | |
| 17J | Summary Warrant Voucher | | | |
| 17K | Warrant Number Listing | | | |
| 17L | State of Hawaii 8/10/99 check to MF Masonry for $8,755 | | | |
| 17M | Goldblatt inspection photo | | | |
| 17N | Goldblatt cost estimate | | | |
| | | | | |
| 18 | 3/22/99 Trouble Call # 49634 | | | |
| 18A | Trouble Call photo | | | |
| 18B | Post-It | | | |
| 18C | MF Masonry 5/18/99 proposal | | | |
| 18D | B & U 5/18/99 proposal | | | |
| 18E | Home Contractors 5/18/99 proposal | | | |
| 18F | 6/1/99 Purchase Requisition | | | |
| 18G | 6/22/99 Record of Small Purchase | | | |
| 18H | 6/2/99 Requisition and Purchase Order | | | |
| 18-I | MF Masonry 6/17/99 invoice | | | |
| 18J | Summary Warrant Voucher | | | |
| 18K | Warrant Number Listing | | | |
| 18L | State of Hawaii 8/16/99 check to MF Masonry for $9,685 | | | |

| Exhibit | Description | Date Offered | Marked | Admitted |
|---------|-------------|--------------|--------|----------|
| 18M | Goldblatt inspection photo | | | |
| 18N | Goldblatt cost estimate | | | |
| | | | | |
| 19 | 4/7/99 Trouble Call # 49777 | | | |
| 19A | Trouble Call photo | | | |
| 19B | Post-It | | | |
| 19C | MF Masonry 6/7/99 proposal | | | |
| 19D | Wes' Contracting 6/7/99 proposal | | | |
| 19E | Thomas Takeshita and Sons 6/7/99 proposal | | | |
| 19F | 6/14/99 Purchase Requisition | | | |
| 19G | 6/22/99 Record of Small Purchase | | | |
| 19H | 6/15/99 Requisition and Purchase Order | | | |
| 19-I | MF Masonry 7/29/99 invoice | | | |
| 19J | Summary Warrant Voucher | | | |
| 19K | Warrant Number Listing | | | |
| 19L | State of Hawaii 8/18/99 check to MF Masonry for $9,485 | | | |
| 19M | Goldblatt inspection photo | | | |
| 19N | Goldblatt cost estimate | | | |
| | | | | |
| 20 | 4/28/99 Trouble Call # 49881 | | | |
| 20A | Trouble call photo | | | |
| 20B | Post-It | | | |

| Exhibit | Description | Date Offered | Marked | Admitted |
|---------|-------------|--------------|--------|----------|
| 20C | Hammers Jammers 5/25/99 proposal | | | |
| 20D | B & U 5/25/99 proposal | | | |
| 20E | Site Engineering 5/25/99 proposal | | | |
| 20F | 5/27/99 Purchase Requisition | | | |
| 20G | 5/26/99 Record of Small Purchase | | | |
| 20H | 6/2/99 Requisition and Purchase Order | | | |
| 20-I | Hammer Jammers 6/10/99 invoice | | | |
| 20J | Summary Warrant Voucher | | | |
| 20K | Warrant Number Listing | | | |
| 20L | State of Hawaii 7/1/99 check to Hammer Jammers for $9,256 | | | |
| 20M | Goldblatt inspection photos | | | |
| | | | | |
| 21 | 3/4/99 Trouble Call # 49609 | | | |
| 21A | Trouble call photos | | | |
| 21B | Post-It | | | |
| 21C | Wes' Contracting 4/12/99 proposal | | | |
| 21D | MF Masonry 4/12/99 proposal | | | |
| 21E | Home Contractors 4/12/99 proposal | | | |
| 21F | 4/15/99 Purchase Requisition | | | |
| 21G | 4/16/99 Requisition and Purchase Order | | | |

16

| Exhibit | Description | Date Offered | Marked | Admitted |
|---------|-------------|--------------|--------|----------|
| 21H | Wes' Contracting 6/17/99 invoice | | | |
| 21-I | Summary Warrant Voucher | | | |
| 21J | Warrant Number Listing | | | |
| 21K | State of Hawaii 7/16/99 check to Wes' Contracting for $8,670 | | | |
| 21L | Goldblatt inspection photos | | | |
| | | | | |
| 22 | 3/4/99 Trouble Call # 49612 | | | |
| 22A | Trouble Call photo | | | |
| 22B | Post-It | | | |
| 22C | Hammer Jammers 4/5/99 proposal | | | |
| 22D | MF Masonry 4/5/99 proposal | | | |
| 22E | Site Engineering 4/5/99 proposal | | | |
| 22F | 4/9/99 Purchase Requisition | | | |
| 22G | 4/12/99 Requisition and Purchase Order | | | |
| 22H | Hammer Jammers 6/17/99 invoice | | | |
| 22-I | Summary Warrant Voucher | | | |
| 22J | Warrant Number Listing | | | |
| 22K | State of Hawaii 7/16/99 check to Hammer Jammers for $7,795 | | | |
| 22L | Goldblatt inspection photo | | | |
| | | | | |
| 23 | 4/19/99 Trouble Call # 49849 | | | |
| 23A | Trouble Call photos | | | |

| Exhibit | Description | Date Offered | Marked | Admitted |
|---------|-------------|--------------|--------|----------|
| 23B | Post-It | | | |
| 23C | Wes' Contracting 6/1/99 proposal | | | |
| 23D | Blueprint Builders 6/1/99 proposal | | | |
| 23E | Thomas Takeshita and Sons 6/1/99 proposal | | | |
| 23F | 6/8/99 Purchase Requisition | | | |
| 23G | 6/9/99 Record of Small Purchase | | | |
| 23H | 6/8/99 Requisition and Purchase Order | | | |
| 23-I | Wes' Contracting 6/17/99 invoice | | | |
| 23J | Summary Warrant Voucher | | | |
| 23K | Warrant Number Listing | | | |
| 23L | State of Hawaii 7/16/99 check to Wes' Contracting for $8,760 | | | |
| 23M | Goldblatt inspection photos | | | |
| | | | | |
| 24 | 4/20/99 Trouble Call # 49856 | | | |
| 24A | Trouble Call photo | | | |
| 24B | Post-It | | | |
| 24C | Hammer Jammers 5/18/99 proposal | | | |
| 24D | Blueprint Builders 5/18/99 proposal | | | |
| 24E | Thomas Takeshita and Sons 5/18/99 proposal | | | |
| 24F | 6/7/99 Purchase Requisition | | | |

18

| Exhibit | Description | Date Offered | Marked | Admitted |
|---------|-------------|--------------|--------|----------|
| 24G | 6/9/99 Record of Small Purchase | | | |
| 24H | 6/8/99 Requisition and Purchase Order | | | |
| 24-I | Hammer Jammers 6/24/99 invoice | | | |
| 24J | Summary Warrant Voucher | | | |
| 24K | Warrant Number Listing | | | |
| 24L | State of Hawaii 7/30/99 check to Hammer Jammers for $9,475 | | | |
| 24M | Goldblatt inspection photo | | | |
| | | | | |
| 25 | 4/13/99 Trouble Call # 49786 | | | |
| 25A | Trouble Call photos | | | |
| 25B | Post-It | | | |
| 25C | Wes' Contracting 5/24/99 proposal | | | |
| 25D | MF Masonry 5/24/99 proposal | | | |
| 25E | Site Engineering 5/24/99 proposal | | | |
| 25F | 5/27/99 Purchase Requisition | | | |
| 25G | 6/22/99 Record of Small Purchase | | | |
| 25H | 6/2/99 Requisition and Purchase Order | | | |
| 25-I | Wes' Contracting 7/2/99 invoice | | | |
| 25J | Summary Warrant Voucher | | | |
| 25K | Warrant Number Listing | | | |
| 25L | State of Hawaii 7/30/99 check to Wes' Contracting for $9,485 | | | |

19

| Exhibit | Description | Date Offered | Marked | Admitted |
|---------|-------------|--------------|--------|----------|
| 25M | Goldblatt inspection photos | | | |
| | | | | |
| 26 | 5/10/99 Trouble Call # 101112 | | | |
| 26A | Trouble Call photo | | | |
| 26B | Post-It | | | |
| 26C | Hammer Jammers 6/8/99 proposal | | | |
| 26D | B&U 6/8/99 proposal | | | |
| 26E | Site Engineering 6/8/99 proposal | | | |
| 26F | 6/9/99 Purchase Requisition | | | |
| 26G | 6/22/99 Record of Small Purchase | | | |
| 26H | 6/15/99 Requisition and Purchase Order | | | |
| 26-I | Hammer Jammers 7/1/99 invoice | | | |
| 26J | Summary Warrant Voucher | | | |
| 26K | Warrant Number Listing | | | |
| 26L | State of Hawaii 7/30/99 check to Hammer Jammers for $9,445 | | | |
| 26M | Goldblatt inspection photo | | | |
| | | | | |
| 27 | 4/20/99 Trouble Call # 49858 | | | |
| 27A | Trouble Call photo | | | |
| 27B | Post-It | | | |
| 27C | Wes' Contracting 6/15/99 proposal | | | |

| Exhibit | Description | Date Offered | Marked | Admitted |
|---------|-------------|--------------|--------|----------|
| 27D | Blueprint Builders 6/15/99 proposal | | | |
| 27E | Site Engineering 6/15/99 proposal | | | |
| 27F | 6/15/99 Purchase Requisition | | | |
| 27G | 6/17/99 Record of Small Purchase | | | |
| 27H | 6/16 /99 Requisition and Purchase Order | | | |
| 27-I | Wes' Contracting 6/30/99 invoice | | | |
| 27J | Summary Warrant Voucher | | | |
| 27K | Warrant Number Listing | | | |
| 27L | State of Hawaii 7/30/99 check to Wes' Contracting for $8,550 | | | |
| 27M | Goldblatt inspection photo | | | |
| | | | | |
| 28 | 3/22/99 Trouble Call # 49632 | | | |
| 28A | Trouble Call photos | | | |
| 28B | Post-It | | | |
| 28C | Wes' Contracting 6/1/99 proposal | | | |
| 28D | Argent Construction 6/1/99 proposal | | | |
| 28E | Home Contractors 6/1/99 proposal | | | |
| 28F | 6/7/99 Purchase Requisition | | | |
| 28G | 6/9/99 Record of Small Purchase | | | |
| 28H | 6/8/99 Requisition and Purchase Order | | | |
| 28-I | Wes' Contracting 6/23/99 invoice | | | |

21

| Exhibit | Description | Date Offered | Marked | Admitted |
|---------|-------------|--------------|--------|----------|
| 28J | Summary Warrant Voucher | | | |
| 28K | Warrant Number Listing | | | |
| 28L | State of Hawaii 8/2/99 check to Wes' Contracting for $9,390 | | | |
| 28M | Goldblatt inspection photos | | | |
| | | | | |
| 29 | 4/19/99 Trouble Call # 49851 | | | |
| 29A | Trouble Call photo | | | |
| 29B | Post-It | | | |
| 29C | Hammer Jammers 5/17/1999 proposal | | | |
| 29D | MF Masonry 5/17/99 proposal | | | |
| 29E | B & U 5/17/1999 proposal | | | |
| 29F | 5/28/99 Purchase Requisition | | | |
| 29G | 6/22/99 Record of Small Purchase | | | |
| 29H | 6/2/99 Requisition and Purchase Order | | | |
| 29-I | Hammer Jammers 6/17/99 invoice | | | |
| 29J | Summary Warrant Voucher | | | |
| 29K | Warrant Number Listing | | | |
| 29L | State of Hawaii 8/2/99 check to Hammer Jammers for $8,665 | | | |
| 29M | Goldblatt inspection photo | | | |
| | | | | |
| 30 | 4/26/99 Trouble Call # 49877 | | | |

22

| Exhibit | Description | Date Offered | Marked | Admitted |
|---------|-------------|--------------|--------|----------|
| 30A | Trouble Call photo | | | |
| 30B | Post-It | | | |
| 30C | Wes' Contracting 6/8/99 proposal | | | |
| 30D | B & U 6/8/99 proposal | | | |
| 30E | Home Contractors 6/8/99 proposal | | | |
| 30F | 6/14/99 Purchase Requisition | | | |
| 30G | 6/22/99 Record of Small Purchase | | | |
| 30H | 6/15/99 Requisition and Purchase Order | | | |
| 30-I | Wes' Contracting 7/7/99 invoice | | | |
| 30J | Summary Warrant Voucher | | | |
| 30K | Warrant Number Listing | | | |
| 30L | State of Hawaii 8/4/99 check to Wes' Contracting for $8,860 | | | |
| 30M | Goldblatt inspection photo | | | |
| | | | | |
| 31 | 3/4/99 Trouble Call # 49610 | | | |
| 31A | Trouble Call photo | | | |
| 31B | Post-It | | | |
| 31C | Hammer Jammers 3/29/99 proposal | | | |
| 31D | Argent Construction 3/29/99 proposal | | | |
| 31E | Thomas Takeshita and Sons 3/29/99 proposal | | | |
| 31F | 3/30/99 Purchase Requisition | | | |

| Exhibit | Description | Date Offered | Marked | Admitted |
|---------|-------------|--------------|--------|----------|
| 31G | 4/1/99 Requisition and Purchase Order | | | |
| 31H | Hammer Jammers 6/24/99 invoice | | | |
| 31-I | Summary Warrant Voucher | | | |
| 31J | Warrant Number Listing | | | |
| 31K | State of Hawaii 8/5/99 check to Hammer Jammers for $8,365 | | | |
| 31L | Goldblatt inspection photos | | | |
| | | | | |
| 32 | 4/20/99 Trouble Call # 49855 | | | |
| 32A | Trouble Call photo | | | |
| 32B | Post-It | | | |
| 32C | Wes' Contracting 6/14/99 proposal | | | |
| 32D | Argent Construction 6/14/99 proposal | | | |
| 32E | Thomas Takeshita & Sons 6/14/99 proposal | | | |
| 32F | 6/14/99 Purchase Requisition | | | |
| 32G | 6/16/99 Record of Small Purchase | | | |
| 32H | 6/16/99 Requisition and Purchase Order | | | |
| 32-I | Wes' Contracting 6/26/99 invoice | | | |
| 32J | Summary Warrant Voucher | | | |
| 32K | Warrant Number Listing | | | |
| 32L | State of Hawaii 8/5/99 check to Wes' Contracting for $9,640 | | | |

| Exhibit | Description | Date Offered | Marked | Admitted |
|---------|-------------|--------------|--------|----------|
| 32M | Goldblatt inspection photo | | | |
| | | | | |
| 33 | 4/7/99 Trouble Call # 49782 | | | |
| 33A | Trouble Call photo | | | |
| 33B | Post-It | | | |
| 33C | Wes' Contracting 5/17/99 proposal | | | |
| 33D | Argent Construction 5/17/99 proposal | | | |
| 33E | B&U 5/17/99 proposal | | | |
| 33F | 5/28/99 Purchase Requisition | | | |
| 33G | 6/22/99 Record of Small Purchase | | | |
| 33H | 6/2/99 Requisition and Purchase Order | | | |
| 33-I | Wes' Contracting 7/9/99 invoice | | | |
| 33J | Summary Warrant Voucher | | | |
| 33K | Warrant Number Listing | | | |
| 33L | State of Hawaii 8/6/99 check to Wes' Contracting for $7,990 | | | |
| 33M | Goldblatt inspection photos | | | |
| | | | | |
| 34 | 1/22/99 Trouble Call # 49384 | | | |
| 34A | Trouble Call photos | | | |
| 34B | Post-It | | | |
| 34C | MF Masonry 2/1/99 proposal | | | |

| Exhibit | Description | Date Offered | Marked | Admitted |
|---------|-------------|--------------|--------|----------|
| 34D | Home Contractors 2/1/99 proposal | | | |
| 34E | B&U 2/1/99 proposal | | | |
| 34F | 2/4/99 Purchase Requisition | | | |
| 34G | 2/4/99 Requisition and Purchase Order | | | |
| 34H | MF Masonry 2/10/99 invoice | | | |
| 34-I | Summary Warrant Voucher | | | |
| 34J | Warrant Number Listing | | | |
| 34K | State of Hawaii 3/2/99 check to MF Masonry for $8,965 | | | |
| 34L | Goldblatt inspection photos | | | |
| 34M | Goldblatt estimate | | | |
| | | | | |
| 35 | 1/25/99 Trouble Call # 49385 | | | |
| 35A | Trouble Call photos | | | |
| 35B | Post-It | | | |
| 35C | Gothic Builders 1/27/99 proposal | | | |
| 35D | Site Engineering 1/27/99 proposal | | | |
| 35E | B&U 1/27/99 proposal | | | |
| 35F | 2/1/99 Purchase Requisition | | | |
| 35G | 2/1/99 Requisition and Purchase Order | | | |
| 35H | Gothic Builders 2/23/99 invoice | | | |
| 35-I | Summary Warrant Voucher | | | |
| 35J | Warrant Number Listing | | | |

| Exhibit | Description | Date Offered | Marked | Admitted |
|---------|-------------|--------------|--------|----------|
| 35K | State of Hawaii 3/9/99 check to Gothic Builders for $9,390 | | | |
| 35L | Goldblatt inspection photos | | | |
| 35M | Goldblatt estimate | | | |
| | | | | |
| 36 | 1/28/99 Trouble Call # 49397 | | | |
| 36A | Trouble Call photo | | | |
| 36B | Post-It | | | |
| 36C | Argent Construction 2/9/99 proposal | | | |
| 36D | Site Engineering 2/9/99 proposal | | | |
| 36E | B&U 2/9/99 proposal | | | |
| 36F | 2/12/99 Purchase Requisition | | | |
| 36G | 2/12/99 Requisition and Purchase Order | | | |
| 36H | Argent Construction 2/18/99 invoice | | | |
| 36-I | Summary Warrant Voucher | | | |
| 36J | Warrant Number Listing | | | |
| 36K | State of Hawaii 3/3/99 check to Argent Construction for $9,469 | | | |
| 36L | Goldblatt inspection photo | | | |
| 36M | Goldblatt estimate | | | |
| | | | | |
| 37 | 2/9/99 Trouble Call # 49436 | | | |
| 37A | Trouble Call photo | | | |

27

| Exhibit | Description | Date Offered | Marked | Admitted |
|---------|-------------|--------------|--------|----------|
| 37B | Post-It | | | |
| 37C | MF Masonry 3/1/99 proposal | | | |
| 37D | Hammer Jammers 3/1/99 proposal | | | |
| 37E | Thomas Takeshita & Sons 3/1/99 proposal | | | |
| 37F | 3/4/99 Purchase Requisition | | | |
| 37G | 3/4/99 Requisition and Purchase Order | | | |
| 37H | MF Masonry 4/15/99 invoice | | | |
| 37-I | Summary Warrant Voucher | | | |
| 37J | Warrant Number Listing | | | |
| 37K | State of Hawaii 5/11/99 check to MF Masonry for $7,765 | | | |
| 37L | Goldblatt inspection photo | | | |
| 37M | Goldblatt estimate | | | |
| | | | | |
| 38 | 2/10/99 Trouble Call # 49426 | | | |
| 38A | Trouble Call photo | | | |
| 38B | Argent Construction 2/23/99 proposal | | | |
| 38C | Site Engineering 2/23/99 proposal | | | |
| 38D | Home Contractors 2/23/99 proposal | | | |
| 38E | 2/26/99 Purchase Requisition | | | |
| 38F | 2/26/99 Requisition and Purchase Order | | | |

| Exhibit | Description | Date Offered | Marked | Admitted |
|---------|-------------|--------------|--------|----------|
| 38G | Argent Construction 3/9/99 invoice | | | |
| 38H | Summary Warrant Voucher | | | |
| 38I | Warrant Number Listing | | | |
| 38J | State of Hawaii 4/1/99 check to Argent Construction for $8,339 | | | |
| 38K | Goldblatt inspection photo | | | |
| 38L | Goldblatt estimate | | | |
| | | | | |
| 39 | 3/5/99 Trouble Call # 49626 | | | |
| 39A | Trouble Call photos | | | |
| 39B | Post-It | | | |
| 39C | Wes' Contracting 5/10/99 proposal | | | |
| 39D | Thomas Takeshita & Sons 5/10/99 proposal | | | |
| 39E | MF Masonry 5/10/99 proposal | | | |
| 39F | 5/14/99 Purchase Requisition | | | |
| 39G | 5/14/99 Requisition and Purchase Order | | | |
| 39H | Wes' Contracting 6/3/99 invoice | | | |
| 39-I | Summary Warrant Voucher | | | |
| 39J | Warrant Number Listing | | | |
| 39K | State of Hawaii 6/23/99 check to Wes' Contracting for $9,680 | | | |
| 39L | Goldblatt inspection photos | | | |
| | | | | |

| Exhibit | Description | Date Offered | Marked | Admitted |
|---------|-------------|--------------|--------|----------|
| 40 | 3/8/99 Trouble Call # 49628 | | | |
| 40A | Trouble Call photo | | | |
| 40B | Post-It | | | |
| 40C | Hammer Jammers 3/30/99 proposal | | | |
| 40D | B&U 3/30/99 proposal | | | |
| 40E | Home Contractors 3/30/99 proposal | | | |
| 40F | 4/1/99 Purchase Requisition | | | |
| 40G | 4/1/99 Requisition and Purchase Order | | | |
| 40H | Hammers Jammers 5/27/99 invoice | | | |
| 40-I | Summary Warrant Voucher | | | |
| 40J | Warrant Number Listing | | | |
| 40K | State of Hawaii 6/18/99 check to Hammer Jammers for $9,675 | | | |
| 40L | Goldblatt inspection photo | | | |
| | | | | |
| 41 | 3/10/99 Trouble Call # 49637 | | | |
| 41A | Trouble Call photo | | | |
| 41B | Post-It | | | |
| 41C | Gothic Builders 3/30/99 proposal | | | |
| 41D | B&U 3/30/99 proposal | | | |
| 41E | Home Contractors 3/30/99 proposal | | | |

| Exhibit | Description | Date Offered | Marked | Admitted |
|---------|-------------|--------------|--------|----------|
| 41F | 4/1/99 Purchase Requisition | | | |
| 41G | 4/1/99 Requisition and Purchase Order | | | |
| 41H | Gothic Builders 5/4/99 invoice | | | |
| 41-I | Summary Warrant Voucher | | | |
| 41J | Warrant Number Listing | | | |
| 41K | State of Hawaii 5/21/99 check to Gothic Builders for $8,670 | | | |
| 41L | Goldblatt inspection photo | | | |
| 41M | Goldblatt estimate | | | |
| | | | | |
| 42 | 3/10/99 Trouble Call # 49638 | | | |
| 42A | Trouble Call photos | | | |
| 42B | Post-It | | | |
| 42C | Wes' Contracting 4/13/99 proposal | | | |
| 42D | Blueprint Builders 4/13/99 proposal | | | |
| 42E | B&U 4/13/99 proposal | | | |
| 42F | 4/19/99 Purchase Requisition | | | |
| 42G | 4/19/99 Requisition and Purchase Order | | | |
| 42H | Wes' Contracting 5/4/99 invoice | | | |
| 42I | Summary Warrant Voucher | | | |
| 42J | Warrant Number Listing | | | |
| 42K | State of Hawaii 6/1/99 check to Wes' Contracting for $9,590 | | | |

31

| Exhibit | Description | Date Offered | Marked | Admitted |
|---------|-------------|--------------|--------|----------|
| 42L | Goldblatt inspection photo | | | |
| | | | | |
| 43 | 3/23/99 Trouble Call # 49599 | | | |
| 43A | Trouble Call photos | | | |
| 43B | Post-It | | | |
| 43C | Gothic Builders 4/6/99 proposal | | | |
| 43D | Blueprint Builders 4/6/99 proposal | | | |
| 43E | Site Engineering 4/6/99 proposal | | | |
| 43F | 4/9/99 Purchase Requisition | | | |
| 43G | 4/12/99 Requisition and Purchase Order | | | |
| 43H | Gothic Builders 4/22/99 invoice | | | |
| 43I | Summary Warrant Voucher | | | |
| 43J | Warrant Number Listing | | | |
| 43K | State of Hawaii 5/11/99 check to Gothic Builders for $16,460 | | | |
| 43L | Goldblatt inspection photos | | | |
| 43M | Goldblatt inspection estimate | | | |
| | | | | |
| 44 | 3/23/99 Trouble Call # 49729 | | | |
| 44A | Trouble Call photos | | | |
| 44B | Post-It | | | |
| 44C | Hammer Jammers 4/12/99 proposal | | | |

| Exhibit | Description | Date Offered | Marked | Admitted |
|---------|-------------|--------------|--------|----------|
| 44D | Argent Construction 4/12/99 proposal | | | |
| 44E | Home Contractors 4/12/99 proposal | | | |
| 44F | undated Purchase Requisition | | | |
| 44G | 4/16/99 Requisition and Purchase Order | | | |
| 44H | Hammer Jammers 6/3/99 invoice | | | |
| 44I | Summary Warrant Voucher | | | |
| 44J | Warrant Number Listing | | | |
| 44K | State of Hawaii 6/23/99 check to Hammer Jammers for $9,265 | | | |
| 44L | Goldblatt inspection photos | | | |
| | | | | |
| 45 | 4/5/99 Trouble Call # 49649 | | | |
| 45A | Trouble Call photo | | | |
| 45B | Post-It | | | |
| 45C | Hammer Jammers 4/19/99 proposal | | | |
| 45D | MF Masonry 4/19/99 proposal | | | |
| 45E | Thomas Takeshita and Sons 4/19/99 proposal | | | |
| 45F | 4/20/99 Purchase Requisition | | | |
| 45G | 4/21/99 Requisition and Purchase Order | | | |
| 45H | Hammer Jammers 4/29/99 invoice | | | |
| 45I | Summary Warrant Voucher | | | |

| Exhibit | Description | Date Offered | Marked | Admitted |
|---|---|---|---|---|
| 45J | Warrant Number Listing | | | |
| 45K | State of Hawaii 5/21/99 check to Hammer Jammers for $8,495 | | | |
| 45L | Goldblatt inspection photos | | | |
| | | | | |
| 46 | 3/29/99 Trouble Call # 100398 | | | |
| 46A | Trouble Call drawings | | | |
| 46B | Wes' Contracting 4/19/99 proposal | | | |
| 46C | Argent Construction 4/19/99 proposal | | | |
| 46D | Thomas Takeshita and Sons 4/19/99 proposal | | | |
| 46E | 4/20/99 Purchase Requisition | | | |
| 46F | 4/21/99 Requisition and Purchase Order | | | |
| 46G | Wes' Contracting 7/28/99 invoice | | | |
| 46H | Summary Warrant Voucher | | | |
| 46I | Warrant Number Listing | | | |
| 46J | State of Hawaii 8/17/99 check to Wes' Contracting for $14,350 | | | |
| 46K | planters box | | | |
| 46L | planters box | | | |
| 46M | planters box | | | |
| 46N | planters box | | | |
| 46-O | planters box | | | |
| 46P | planters box | | | |

34

| Exhibit | Description | Date Offered | Marked | Admitted |
|---------|-------------|--------------|--------|----------|
| 46Q | planters box | | | |
| 46R | planters box | | | |
| 46S | Goldblatt cost estimate | | | |
| | | | | |
| 47 | 6/1/99 Trouble Call # 101166 | | | |
| 47A | Trouble Call photos | | | |
| 47B | post it | | | |
| 47C | Blueprint Builders 6/10/99 proposal | | | |
| 47D | Gothic Builders 6/10/99 proposal | | | |
| 47E | Wes' Contracting 6/8/99 proposal | | | |
| 47F | 6/10/99 Purchase Requisition | | | |
| 47G | 6/10/99 Record of Small Purchase | | | |
| 47H | 6/14/99 Requisition and Purchase Order | | | |
| 47I | Blueprint Builders invoice for $6,155 | | | |
| 47J | Summary Warrant Voucher | | | |
| 47K | Warrant Number Listing | | | |
| 47L | State of Hawaii 8/5/99 check to Blueprint Builders for $6,155 | | | |
| 47M | Cash withdrawal slips from First Hawaiian Bank account 05-249434 | | | |
| 47N | Cash withdrawal slips from Hawaii Federal Credit Union account 278530 | | | |

| Exhibit | Description | Date Offered | Marked | Admitted |
|---------|-------------|--------------|--------|----------|
| 47-O | Checks to Arthur Inada or Penn Galban drawn on AP Maintenance, LLP checking account | | | |
| 47P | Times Super Market invoice dated 12/14/98 | | | |
| 47Q | Times Super Market invoice dated 12/8/99 | | | |
| 47R | Blueprint Builders' credit card statement (FHB) dated 12/28/98 | | | |
| 47S | Blueprint Builders' credit card statement (FHB) dated 1/28/99 | | | |
| 47T | Blueprint Builders' credit card statement (FHB) dated 2/28/99 | | | |
| 47U | Blueprint Builders' credit card statement (FHB) dated 3/28/99 | | | |
| 47V | Blueprint Builders' credit card statement (FHB) dated 4/28/99 | | | |
| 47W | Blueprint Builders' credit card statement (FHB) dated 5/28/99 | | | |
| 47X | Blueprint Builders' credit card statement (FHB) dated 6/28/99 | | | |
| 47Y | Blueprint Builders' credit card statement (FHB) dated 7/28/99 | | | |
| 47Z | Blueprint Builders' credit card statement (FHB) dated 8/28/99 | | | |
| 47AA | Blueprint Builders' credit card statement (FHB) dated 9/28/99 | | | |
| 47BB | Blueprint Builders' credit card statement (FHB) dated 10/28/99 | | | |

| Exhibit | Description | Date Offered | Marked | Admitted |
|---------|-------------|--------------|--------|----------|
| 47CC | Blueprint Builders' credit card statement (FHB) dated 11/28/99 | | | |
| 47DD | Blueprint Builders' credit card statement (FHB) dated 12/28/99 | | | |
| 47EE | Blueprint Builders' credit card statement (FHB) dated 3/28/00 | | | |
| 47FF | Arthur Inada Costco credit card statement dated 6/10/98 | | | |
| 47GG | Arthur Inada Costco credit card statement dated 7/10/98 | | | |
| 47HH | Arthur Inada Costco credit card statement dated 10/10/98 | | | |
| 47-II | Arthur Inada Costco credit card statement dated 11/10/98 | | | |
| 47JJ | Arthur Inada Costco credit card statement dated 12/10/98 | | | |
| 47KK | Arthur Inada Costco credit card statement dated 2/10/99 | | | |
| 47LL | Arthur Inada Costco credit card statement dated 4/10/99 | | | |
| 47MM | Arthur Inada Costco credit card statement dated 5/10/99 | | | |
| 47NN | Arthur Inada Costco credit card statement dated 6/10/99 | | | |
| 47-OO | Arthur Inada Costco credit card statement dated 7/10/99 | | | |
| 47PP | Arthur Inada Costco credit card statement dated 9/10/99 | | | |
| 47QQ | Arthur Inada Costco credit card statement dated 1/10/00 | | | |

| Exhibit | Description | Date Offered | Marked | Admitted |
|---------|-------------|--------------|--------|----------|
| 47RR | Arthur Inada Costco credit card statement dated 2/10/00 | | | |
| 47SS | Arthur Inada Costco credit card statement dated 4/10/00 | | | |
| 47TT | Arthur Inada Costco credit card statement dated 6/10/00 | | | |
| | | | | |
| 48 | CBS Electric 12/14/98 proposal | | | |
| 48A | Biven's Electric 12/14/98 proposal | | | |
| 48B | DT Electric 12/14/98 proposal | | | |
| 48C | 12/22/98 purchase requisition | | | |
| 48D | 1/4/99 Requisition and Purchase Order | | | |
| 48E | CBS Electric 2/26/99 invoice for $24,999.99 | | | |
| 48F | Summary Warrant Voucher | | | |
| 48G | Warrant Number Listing | | | |
| 48H | State of Hawaii 3/9/99 check to CBS Electric for $24,999.99 | | | |
| 48-I | Goldblatt cost analysis | | | |
| 49 | Hirota Painting Co. 12/8/98 proposal | | | |
| 49A | Earl Matsunaga Painting Co. 12/8/98 proposal | | | |
| 49B | Jade Painting 12/10/98 proposal | | | |
| 49C | 12/11/98 Purchase Requisition | | | |

38

| Exhibit | Description | Date Offered | Marked | Admitted |
|---|---|---|---|---|
| 49D | 12/14/98 Requisition and Purchase Order | | | |
| 49E | Hirota Painting 3/25/99 invoice | | | |
| 49F | Summary Warrant Voucher | | | |
| 49G | Warrant Number Listing | | | |
| 49H | State of Hawaii 4/19/99 check to Hirota Painting for $24,999.99 | | | |
| 49-I | Hirota Painting 1/29/98 check to Marukai Wholesale Mart for $2,410.61 | | | |
| 49J | Brandi's Deli 1/12/99 invoice | | | |
| 49K | Hirota Painting 1/12/99 check to Brandi's Deli for $2,500 | | | |
| 49L | Goldblatt cost analysis | | | |
| | | | | |
| 50 | Yoshida Auto Paint Shop 10/9/98 proposal | | | |
| 50A | Oka's Auto Body 10/12/98 proposal | | | |
| 50B | Kilani Fender 10/9/98 proposal | | | |
| 50C | 10/19/98 Purchase Requisition | | | |
| 50D | 10/19/98 Requisition and Purchase Order | | | |
| 50E | Yoshida Auto Paint Shop 11/12/98 invoice | | | |
| 50F | Summary Warrant Voucher | | | |
| 50G | Warrant Number Listing | | | |

| Exhibit | Description | Date Offered | Marked | Admitted |
|---------|-------------|--------------|--------|----------|
| 50H | State of Hawaii 12/01/98 check to Yoshida Auto Paint Shop for $15,570.73 | | | |
| | | | | |
| 51 | AAA Termite & Pest Control 3/15/99 proposal | | | |
| 51A | Realty Termite 3/15/99 proposal | | | |
| 51B | Chemi-Pure Products 3/15/99 proposal | | | |
| 51C | 3/16/99 Purchase Requisition | | | |
| 51D | 4/1/99 Requisition and Purchase Order | | | |
| 51E | AAA Termite 4/20/99 invoice | | | |
| 51F | Summary Warrant Voucher | | | |
| 51G | Warrant Number Listing | | | |
| 51H | State of Hawaii 5/14/99 check to AAA Termite for $24,000 | | | |
| 51-I | Goldblatt cost analysis | | | |
| | | | | |
| 52 | B/U proposals | | | |
| | | | | |
| 53 | Site Engineering proposals | | | |
| | | | | |
| 54 | Home Contractors proposals | | | |
| | | | | |
| 55 | Thomas Takeshita & Sons proposals | | | |

| Exhibit | Description | Date Offered | Marked | Admitted |
|---------|-------------|--------------|--------|----------|
|  |  |  |  |  |
| 56 | Summary of Terrazzo Repair Projects |  |  |  |
|  |  |  |  |  |
| 57 | Summary of Ceramic Tile Repair/ Replacement Costs |  |  |  |
|  |  |  |  |  |
| 58 | Summary of Concrete Patching Costs |  |  |  |
|  |  |  |  |  |
| 59 | Summary of Miscellaneous Repair Costs |  |  |  |
|  |  |  |  |  |
| 60 | Summary of Concrete Crack Repair Costs |  |  |  |
|  |  |  |  |  |
| 61 | Summary of Concrete Curb Costs |  |  |  |
|  |  |  |  |  |
| 62 | Summary of Road Repair Costs |  |  |  |
|  |  |  |  |  |
| 63 | Checks from Wes' Contracting City Bank checking account #316589201 to MF Masonry or Gothic Builders |  |  |  |

| Exhibit | Description | Date Offered | Marked | Admitted |
|---------|-------------|--------------|--------|----------|
| 63A | Spreadsheet showing checks from Wes' Contracting to MF Masonry and Gothic Builders | | | |
| | | | | |
| 64 | Checks from Hammer Jammers City Bank checking account #339132901 to MF Masonry or Gothic Builders | | | |
| 64A | Spreadsheet showing checks from Hammer Jammers to MF Masonry and Gothic Builders | | | |
| | | | | |
| 65 | Checks drawn on Wesley S. Uemura dba Wes' Contracting City Bank checking account #316589201 made payable to Wesley Uemura, Pearlridge Center, or GGP Ala Moana LLC | | | |
| 65A | Spreadsheet showing checks from Wes' Contracting to Wesley Uemura, Pearlridge Center Assn. and GGP Ala Moana LLC | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

42

| Exhibit | Description | Date Offered | Marked | Admitted |
|---------|-------------|--------------|--------|----------|
|         |             |              |        |          |
|         |             |              |        |          |
|         |             |              |        |          |
|         |             |              |        |          |
|         |             |              |        |          |
|         |             |              |        |          |
|         |             |              |        |          |
|         |             |              |        |          |
|         |             |              |        |          |
|         |             |              |        |          |
|         |             |              |        |          |
|         |             |              |        |          |
|         |             |              |        |          |
|         |             |              |        |          |
|         |             |              |        |          |
|         |             |              |        |          |
|         |             |              |        |          |
|         |             |              |        |          |
|         |             |              |        |          |
|         |             |              |        |          |
|         |             |              |        |          |
|         |             |              |        |          |
|         |             |              |        |          |
|         |             |              |        |          |

| Exhibit | Description | Date Offered | Marked | Admitted |
|---------|-------------|--------------|--------|----------|
|         |             |              |        |          |
|         |             |              |        |          |
|         |             |              |        |          |

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that, on the dates and by the methods of service noted below, the true and correct copy of the foregoing was served on the following at their last known address:

Served electronically through CM/ECF:

CLIFFORD B. HUNT, ESQ.          September 14, 2006
notquilty007@msn.com

Attorney for Defendant
WESLEY UEMURA


DANA S. ISHIBASHI               September 14, 2006
ishibashi@aol.com

Attorney for Defendant
RICHARD OKADA


HOWARD K.K. LUKE, ESQ.          September 14, 2006
howardkkluke@hawaii.rr.com

Attorney for Defendant
MICHAEL FURUKAWA


Served by first class mail:

KEITH S. SHIGETOMI, ESQ.        September 14, 2006
711 Kapiolani Blvd., Suite 1440
Honolulu, HI 96813

Attorney for Defendant
DENNIS HIROKAWA


DATED:  Honolulu, Hawaii, September 14, 2006.


                                /s/ Janice Tsumoto