ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 2 4 2006

at __11__ o'clock and __60__ min __A__ M
SUE BEITIA, CLERK

KEITH S. SHIGETOMI  3380
ATTORNEY AT LAW
PACIFIC PARK PLAZA, SUITE 1440
711 KAPIOLANI BOULEVARD
HONOLULU, HAWAII  96813
TELEPHONE NUMBER  596-0880

ATTORNEY FOR DEFENDANT DENNIS HIROKAWA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. 04-00243 DAE |
| Plaintiff, | TRIAL STIPULATION RE SUBPOENA DUCES TECUM |
| vs. | |
| DENNIS HIROKAWA, et. al., 03, | |
| Defendants. | |

TRIAL STIPULATION RE SUBPOENA DUCES TECUM

The United States and defendants, through their counsel, have stipulated, or agreed, to certain facts.  This means you are to regard those facts as having been proven.  The facts to which they have agreed to are as follows:

The Department of the Attorney General for the State of Hawaii served a subpoena duces tecum on the Hawaii State Federal Credit Union commanding the production of records pertaining to Dennis Hirokawa.  Defendant's Exhibit 03-1 is true and accurate copy of the subpoena duces tecum served on Hawaii State Federal Credit Union.  In compliance with the subpoena duces tecum, the Hawaii State Federal Credit Union produced the records commanded by the subpoena duces tecum to representatives of the Department of the Attorney General for the State of Hawaii.  Such records were taken into custody by representatives of the Department of the

Attorney General for the State of Hawaii.

DATED:  Honolulu, Hawaii,  _10/20/06_____

UNITED STATES OF AMERICA:

_____
LAWRENCE L. TONG
ASSISTANT UNITED STATES ATTORNEY

MICHAEL FURUKAWA:

_____
HOWARD K.K. LUKE
ATTORNEY FOR DEFENDANT FURUKAWA

WESLEY UEMURA:

_____
CLIFFORD B. HUNT
ATTORNEY FOR DEFENDANT UEMURA

DENNIS HIROKAWA:

_____
KEITH S. SHIGETOMI
ATTORNEY FOR DEFENDANT HIROKAWA

RICHARD OKADA:

_____
DANA S. ISHIBASHI
ATTORNEY FOR DEFENDANT OKADA

-2-