IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

UNITED STATES OF AMERICA,      )      CR. NO. 04-00243 DAE
                               )
             Plaintiff,        )
                               )      VERDICT
      vs.                      )
                               )
DENNIS HIROKAWA,        (03)   )
                               )
             Defendants.       )
_____)

<u>VERDICT</u>

       We, the jury, in the above-entitled cause, find the

Defendant, DENNIS HIROKAWA:

       **<u>AS TO COUNT 1</u>**

       _____ Not Guilty.          ___✗___ Guilty.

       **<u>AS TO COUNT 5</u>**

       _____ Not Guilty.          ___✗___ Guilty.

       **<u>AS TO COUNT 6</u>**

       _____ Not Guilty.          ___✗___ Guilty.

       **<u>AS TO COUNT 9</u>**

       _____ Not Guilty.          ___✗___ Guilty.

       **<u>AS TO COUNT 10</u>**

       _____ Not Guilty.          ___✗___ Guilty.

       **<u>AS TO COUNT 11</u>**

       _____ Not Guilty.          ___✗___ Guilty.

**AS TO COUNT 12**

_____ Not Guilty.        ✗ _____ Guilty.

**AS TO COUNT 13**

_____ Not Guilty.        _____ Guilty.

**AS TO COUNT 14**

_____ Not Guilty.        ✗ _____ Guilty.

**AS TO COUNT 15**

_____ Not Guilty.        ✗ _____ Guilty.

**AS TO COUNT 16**

_____ Not Guilty.        ✗ _____ Guilty.

**AS TO COUNT 26**

_____ Not Guilty.        ✗ _____ Guilty.

**AS TO COUNT 29**

_____ Not Guilty.        ✗ _____ Guilty.

**AS TO COUNT 30**

_____ Not Guilty.        ✗ _____ Guilty.

**AS TO COUNT 31**

_____ Not Guilty.        ✗ _____ Guilty.

**AS TO COUNT 32**

_____ Not Guilty.          ⨯ Guilty.

**AS TO COUNT 33**

_____ Not Guilty.          ⨯ Guilty.

DATED: _October 27, 2006_____, at Honolulu, Hawaii.

SIGNED: _____
                    FOREPERSON

3