EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

LAWRENCE L. TONG    #3040
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Email: Larry.Tong@usdoj.gov

LAWRENCE A. GOYA   2476
Special Assistant U.S. Attorney
425 Queen Street, Third Floor
Honolulu, Hawaii 96813
Telephone: (808) 586-1160
Facsimile: (808) 586-1375
E-Mail: Lawrence.A.Goya@hawaii.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 04-00243-03 DAE |
| | ) | |
| Plaintiff, | ) | GOVERNMENT'S SENTENCING |
| | ) | STATEMENT |
| vs. | ) | |
| | ) | |
| DENNIS HIROKAWA,    (03) | ) | Date:   May 12, 2007 |
| | ) | Judge:  David A. Ezra |
| Defendant. | ) | |
| _____ | ) | |

GOVERNMENT'S SENTENCING STATEMENT

The United States has no objections to the draft presentence report.

DATED:      February 6, 2007      at Honolulu, Hawaii.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii


/s/ Lawrence L. Tong
LAWRENCE L. TONG
Assistant U.S. Attorney
LAWRENCE A. GOYA
Special Assistant U.S. Attorney
Attorneys for Plaintiff
United States of America

U.S. v. Dennis Hirokawa
CR. NO. 04-00243-03 DAE
"Government's Sentencing Statement"

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on the dates and by the methods of service noted below, the true and correct copy of the foregoing was served on the following at their last known address:

Served by facsimile and mail:

KEITH S. SHIGETOMI, ESQ.  February 6, 2007
711 Kapiolani Blvd., Suite 1440
Honolulu, HI 96813
(Fax: 596-8184)

Attorney for Defendant
DENNIS HIROKAWA

Served by hand delivery:

U.S. PROBATION OFFICE  February 6, 2007
Attn: Ellie N. Asasaki
300 Ala Moana Blvd., Room 2-215
Honolulu, Hawaii 96850

DATED:  Honolulu, Hawaii, February 6, 2007.

/s/ Janice Tsumoto