ORIGINAL

KEITH S. SHIGETOMI  3380
ATTORNEY AT LAW
PACIFIC PARK PLAZA, SUITE 1440
711 KAPIOLANI BOULEVARD
HONOLULU, HAWAII  96813
TELEPHONE NUMBER  596-0880

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 24 2007

at ___ o'clock and ___ min. ___ M.
SUE BEITIA, CLERK

ATTORNEY FOR DEFENDANT DENNIS HIROKAWA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>DENNIS HIROKAWA, et. al., (03)<br><br>  Defendants. | CR. NO. 04-00243 DAE<br><br>NOTICE OF APPEAL and CERTIFICATE OF SERVICE |

NOTICE OF APPEAL

Notice is hereby given that Dennis Hirokawa, Defendant, in the above-named case, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the final judgment entered in this action on October 15, 2007.

DATED:  Honolulu, Hawaii, October 24, 2007.

_____
KEITH S. SHIGETOMI
ATTORNEY AT LAW

ATTORNEY FOR DEFENDANT HIROKAWA

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document will be served upon the following parties by:

[ ]   Personal service

[x]   Mailing postage prepaid

[ ]   Placing in court jacket of party

Parties:

Lawrence L. Tong, Esq
Assistant United States Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard, Box 50183
Honolulu, Hawaii  96850

Howard K.K. Luke, Esq.
841 Bishop Street, Suite 2022
Honolulu, Hawaii  96813

Clifford B. Hunt, Esq.
333 Queen Street, Suite 612
Honolulu, Hawaii  96813

Dana S. Ishibashi, Esq.
345 Queen Street, Suite 600
Honolulu, Hawaii  96813

DATED:  Honolulu, Hawaii, __10/04/07__

_[signature]_