UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

RECEIVED
CLERK U.S. DISTRICT COURT
NOV 02 2007
12:20pm
DISTRICT OF HAWAII

DOCKET FEE PAYMENT NOTIFICATION FORM

07-10517

I. **SHORT CASE TITLE:** U.S.A. vs. Dennis Hirokawa

**U.S. COURT OF APPEALS DOCKET NUMBER:** 07-10517

**U.S. DISTRICT COURT FOR THE DISTRICT OF HAWAII**

**U.S. DISTRICT COURT DOCKET NUMBER:** CR 04-00243DAE-03

II **DATE NOTICE OF APPEAL FILED:** October 24, 2007

III **U.S. COURT OF APPEALS PAYMENT STATUS:**

**DOCKET FEE PAID ON:** October 24, 2007    **AMOUNT:** $455.00

**NOT PAID YET:**    **BILLED:**

**U.S. GOVERNMENT APPEAL:**    **FEE WAIVED:**

**WAS APPELLANT OR APPELLEE GRANTED F.P. STATUS?**

**IF YES, SHOW DATE:**

**WAS F.P. STATUS REVOKED:**    **DATE:**

**WAS F.P. STATUS LIMITED IN SOME FASHION?**

**IF YES, EXPLAIN:**

IV **COMPANION CASES, IF ANY:**

Notice of Appeal filed by co-defendant (01) Michael Furukawa on October 18, 2007.

V. **COMPLETED IN THE U.S. DISTRICT COURT BY:**

Anna F. Chang

AMENDED NOTIFICATION _____ PAID _____ F.P. _____

DISTRICT COURT CLERK BY: _____

(Note: This form is only utilized to notify the U.S. Court of Appeals concerning the satisfaction of the U.S. Court of Appeals Docket Fee.)