IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

Transcript Designation and Ordering Form

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

NOV 16 2007

at __3__ o'clock and __25__ min __P__ M.
SUE BEITIA, CLERK

(w. ESR) (LG)
ORIGINAL

U.S. Court of Appeals Case No. _____   U.S. District Court Case No. CR. NO. 04-00243(3)-DAE

CR 04-243 DAE 03

Short Case Title  US v. Dennis Hirokawa (03)

Date Notice of Appeal Filed by Clerk of District Court  10/24/07

**SECTION A** - To be completed by party ordering transcript

| HEARING DATE(s) | COURT REPORTER | PROCEEDINGS (strike portion not desired) |
|---|---|---|
| See attached | | Voir Dire |
| | | Opening Statements |
| | | Settlement Instructions |
| | | Closing Arguments |
| | | Jury Instructions |
| | | Pre-Trial Proceedings |
| | | Other (please specify) |

(additional page for designations if necessary)

( ) I do not intend to designate any portion of the transcript and will notify all counsel of this intention.
(x) As retained counsel (or litigant proceeding in pro per). I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.
( ) As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

Date transcript ordered  11/16/07         Estimated date for completion of transcript  12/17/07

Print Name of Attorney  KEITH S. SHIGETOMI         Phone Number  (808) 596-0880

Signature of Attorney _____

Address  711 Kapiolani Blvd., Suite 1440, Honolulu, HI  96813

**SECTION B** - To be completed by court reporter

I, _____ have received this designation.
(signature of court reporter)
( ) Arrangements for payment were made on _____
( ) Arrangements for payment have not been made pursuant to FRAP 10(b).

_____ Approximate Number of Pages in Transcript--Due Date _____

**SECTION C** - To be completed by court reporter

When the transcript is filed, complete this section and submit to the U.S. district court with the completed transcript. The district court will not file the transcript without this completed form.

Date transcript filed _____   Court Reporter's Signature _____

**SECTION D** - To be completed by the Clerk

U.S. DISTRICT COURT CLERK: I certify that the record is available in the office of the U.S. District Court.S

Sue Beitia                              BY: _____
(U.S. District Court Clerk)   (date)        DEPUTY CLERK

Attachment to Transcript Designation and Ordering Form
Cr. No. 04-00243-03-DAE, U.S. v. Dennis Hirokawa,

| Court Reporter | Pre-Trial Proceedings |
|---|---|
| Cynthia Fazio | 9/20/06 (voir dire) |

| Court Reporter | All Trial Proceedings dates |
|---|---|
| Cynthia Fazio | 9/26/06 |
| Cynthia Fazio | 9/27/06 |
| Cynthia Fazio | 9/28/06 |
| Cynthia Fazio | 9/29/06 |
| Cynthia Fazio | 10/3/06 |
| Cynthia Fazio | 10/4/06 |
| Cynthia Fazio | 10/5/06 |
| Cynthia Fazio | 10/6/06 |
| Cynthia Fazio | 10/17/06 |
| Cynthia Fazio | 10/18/06 |
| Cynthia Fazio | 10/19/06 |
| Cynthia Fazio | 10/20/06 |
| Cynthia Fazio | 10/24/06 |
| Cynthia Fazio | 10/25/06 |
| Cynthia Fazio | 10/26/06 |
| Debra K. Chun | 10/27/06 |

| Court Reporter | Sentencing |
|---|---|
| Cynthia Fazio | 10/4/07 |