EDWARD H. KUBO, JR.  2499
United States Attorney
District of Hawaii

LAWRENCE L. TONG 3040
Assistant U.S. Attorney
EDRIC M. CHING  3790
Assistant U.S. Attorney
ATTN: Financial Litigation Unit
Room 6100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, HI  96850
Telephone No. (808) 541-2850
Fax No.  (808) 541-2958
Email: Larry.tong@usdoj.gov
       Edric.ching@usdoj.gov

Attorneys for the Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | Cr. No. 04-00243-003 |
|---|---|---|
| | ) | |
| Plaintiff, | ) | EX PARTE APPLICATION FOR |
| | ) | EXAMINATION OF JUDGMENT |
| vs. | ) | DEBTOR; DECLARATION OF |
| | ) | ERLINDA LOWRY |
| | ) | |
| DENNIS HIROKAWA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

### EX PARTE APPLICATION FOR EXAMINATION OF JUDGMENT DEBTOR

COMES NOW Plaintiff UNITED STATES OF AMERICA, by and through its undersigned attorneys, and respectfully moves this Honorable Court to enter an order summoning Defendant DENNIS HIROKAWA to appear at such time as the Magistrate Judge shall appoint, and then and there to be examined under oath as to what

property the said Defendant owns or has an interest in, and as to what debts are owing to the Defendant.

   This ex parte application is brought pursuant to Rules 37(a) and 69(a) of the Federal Rules of Civil Procedure, Section 636-4 of the Hawaii Revised Statutes, Rule LR73.1(h) of the Magistrate's Rules of the United States District Court for the District of Hawaii, and is based upon the record herein and the declaration in support of the ex parte application attached hereto.

   DATED: <u>December 19, 2007</u>, at Honolulu, Hawaii.

         EDWARD H. KUBO, JR.
         United States Attorney
         District of Hawaii


         /s/ Lawrence L. Tong


      By_____
        LAWRENCE L. TONG
        Assistant U.S. Attorney
        EDRIC M. CHING
        Assistant U.S. Attorney
        District of Hawaii

        Attorneys for the Plaintiff