IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | Cr. No. 04-00243-003 |
| Plaintiff, | DECLARATION OF ERLINDA LOWRY |
| vs. | |
| DENNIS HIROKAWA, | |
| Defendant. | |

## DECLARATION OF ERLINDA LOWRY

I, ERLINDA LOWRY, declare that:

1. I am a Financial Litigation Agent with the United States Attorney's Office, District of Hawaii.

2. On October 15, 2007, a Judgment in a criminal case was entered against Defendant DENNIS HIROKAWA (hereinafter referred to as "Defendant HIROKAWA") and in favor of Plaintiff UNITED STATES OF AMERICA in the U.S. District Court, District of Hawaii. Defendant HIROKAWA was ordered to pay a special assessment amount of $1,700.00 and restitution in the amount of $5,198.416.89 jointly/severally with co-defendants Michael Furukawa, Richard Okada and Wesley Uemura.

3. There is still due and owing on the Judgment against Defendant HIROKAWA a balance of $5,198.416.89 as of December 17, 2007.

5. Defendant HIROKAWA may have property or assets available for the satisfaction of said judgment or may have some

debts owing to the Defendant, the exact nature and extent of which are unknown to your declarant.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on December 19, 2007 at Honolulu, Hawaii.

_____
ERLINDA LOWRY