EDWARD H. KUBO, JR.   2499
United States Attorney
District of Hawaii

LAWRENCE L. TONG 3040
Assistant U.S. Attorney
EDRIC M. CHING 6697
Assistant U.S. Attorney
ATT: Financial Litigation Unit
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, HI  96850
Telephone No. (808) 541-2850
Fax No.  (808) 541-2958
Email: Larry.tong@usdoj.gov
       Edric.Ching@usdoj.gov

Attorneys for the Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL NO. 04-00243-003 |
| ) | |
| Plaintiff, ) | CERTIFICATE OF SERVICE |
| ) | |
| v.  ) | |
| ) | |
| DENNIS HIROKAWA, ) | |
| ) | |
| Defendant. ) | |

CERTIFICATE OF SERVICE


    IT IS HEREBY CERTIFIED that true and exact copy of the Application of Ex Parte Application for Examination of Judgment Debtor; Declaration of Erlinda Lowry was duly mailed,

postage prepared, to the following:

>Keith S. Shigetomi, Esq.
>711 Kapiolani Blvd., Suite 1440
>Honolulu, HI 96813
>    Attorney for Dennis Hirokawa

>Lawrence A. Goya
>U.S. Attorneys office
>Rm 6-100, PJKK Federal Bldg.
>300 Ala Moana Blvd.
>Honolulu, HI 96813

DATED: Honolulu, Hawaii, December 19, 2007.

_____
ERLINDA LOWRY