EDWARD H. KUBO, JR.  2499
United States Attorney
District of Hawaii

LAWRENCE L. TONG 3040
Assistant U.S. Attorney
EDRIC M. CHING  6697
Assistant U.S. Attorney
ATTN: Financial Litigation Unit
Rm 6-100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, HI  96850
Telephone No. (808) 541-2850
Fax No.  (808) 541-2958
Email: Larry.tong@usdoj.gov
       Edric.Ching@usdoj.gov

Attorneys for the Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Cr. No. 04-00243-003 |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING EX PARTE |
| | ) | APPLICATION FOR EXAMINATION |
| vs. | ) | OF JUDGMENT DEBTOR |
| | ) | |
| DENNIS HIROKAWA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

ORDER GRANTING EX PARTE APPLICATION
FOR EXAMINATION OF JUDGMENT DEBTOR

After due consideration of the Ex Parte Application for Examination of Judgment Debtor filed by the Plaintiff, United States of America,

IT IS HEREBY ORDERED that Defendant DENNIS HIROKAWA (hereinafter referred to as "Defendant HIROKAWA") appear at the U.S. District Court, District of Hawaii, 300 Ala Moana Blvd.

Courtroom 6 Honolulu, HI 96850 as follows:

| Defendant | Date | Time |
|---|---|---|
| DENNIS HIROKAWA | January 8, 2008 | 1:30 PM |

then and there to be examined as to any and all property Defendant HIROKAWA owns or has an interest in and to what debts are owing to the said Defendant.

You, Defendant HIROKAWA, are hereby enjoined from alienating, concealing, or encumbering any non-exempt property in your possession or under your control or in any manner interfering therewith, pending the above-ordered hearing and further order of the Court.

Failure to appear shall subject you, Defendant HIROKAWA to punishment for contempt of Court.

DATED: Honolulu, Hawai`i, December 20, 2007.



/S/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States Magistrate Judge


USA vs. DENNIS HIROKAWA
Cr. No. 04-00243-003
ORDER GRANTING EX PARTE APPLICATION
FOR EXAMINATION OF JUDGMENT DEBTOR