AO 245B  (Rev. 6/05) Judgment in a Criminal Case
Sheet 2 - Imprisonment

CASE NUMBER:     1:04CR00243-003 DAE                           Judgment - Page 3 of 8
DEFENDANT:       DENNIS HIROKAWA

CC'd Financial

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: 108 MONTHS

This term consists of ONE HUNDRED EIGHT(108) MONTHS; SIXTY(60) MONTHS as to Count 1 of the Second Superseding Indictment, FORTY-EIGHT(48) MONTHS as to each of Counts 5, 6, 9 through 16, 26, and 29 through 33 of the Second Superseding Indictment, with all such terms to run concurrently with each other and consecutively to Count 1

[✓]  The court makes the following recommendations to the Bureau of Prisons:
     Any Prison Camp on the West Coast.

[ ]  The defendant is remanded to the custody of the United States Marshal.

[ ]  The defendant shall surrender to the United States Marshal for this district.
     [ ] at ___ on ___.
     [ ] as notified by the United States Marshal.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
FEB 08 2008
at 9 o'clock and ___ min, a.m.
SUE BEITIA, CLERK

[✓]  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
     [✓] before 2:00pm, local time on 1/15/2008.
     [ ] as notified by the United States Marshal.
     [ ] as notified by the Probation or Pretrial Services Officer.

## RETURN

I have executed this judgment as follows:

Defendant delivered on 1-14-08 to FPC, Sheridan
at Sheridan, Oregon, with a certified copy of this judgment.

Charles A Daniels, Wada
UNITED STATES MARSHAL

By _____
Deputy U.S. Marshal