**FILED**

UNITED STATES COURT OF APPEALS

JUN 19 2008

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| UNITED STATES OF AMERICA, | Nos. 07-10517, 07-10518 |
| --- | --- |
| Plaintiff - Appellee, | 07-10538 |
| v. | D.C. No. CR-04-00243-DAE-03<br>District of Hawaii,<br>Honolulu |
| DENNIS HIROKAWA, et al. | |
| Defendants - Appellants. | ORDER |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 23 2008

at __1__ o'clock and _____ __M
SUE BEITIA, CLERK

Before: Peter L. Shaw, Appellate Commissioner.

Appellee's motion for an extension of time to file the answering brief is granted. The answering brief is due September 8, 2008. The optional reply brief is due 14 days after service of the answering brief.

LKK/6.16.08/Pro Mo